UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY ANFINSON, JAMES GEIGER and STEVEN HARDIE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., JOHN SCHNEBECK, CHERYL PILAKOWKSI, and JOHN DOES 1 through 10,<br><br>Defendant. | CASE NO. C05-0119C<br><br>ORDER |

    This matter has come before the Court on Defendant FedEx Ground's ("FedEx") motion for clarification of the Court's order staying this matter pending the Judicial Panel on Multidistrict Litigation's (JPML) decision on whether various similar actions filed around the nation should be consolidated and transferred to a single district court for pre-trial management. On April 22, 2005, FedEx received notice of the JPML's decision not to consolidate. FedEx has since filed a motion for reconsideration, arguing that the filing of several new cases since the date of its original motion for consolidation and transfer has changed circumstances such that reconsideration is warranted.

    Although Plaintiffs urge that the Court's stay of the instant action not be extended during the

ORDER – 1

1  pendency of FedEx's motion for reconsideration, the Court does not find that any of the reasons for
2  which the stay was originally granted have changed.  The Court recognizes that an extension of the stay
3  may increase the length of time Plaintiffs must wait before they obtain their financial compensation, if
4  their suit is ultimately successful.  However, the determining factor is still the Court's finding that the
5  interest of judicial economy is best served by staying the action in order to avoid the possibility of
6  duplicative and conflicting remand-related proceedings.

7       For these reasons, the Court hereby ORDERS that this action remain stayed until final resolution
8  of FedEx's motion for transfer and consolidation.  Counsel for the parties are directed to keep the Court
9  apprised of relevant developments in this regard.

10      SO ORDERED this 17th day of May, 2005.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

26  ORDER – 2